EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of
CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY; BRICKLAYERS &
TROWEL TRADES INTERNATIONAL PENSION FUND;
CEMENT MASONS' VACATION & HOLIDAY TRUST
FUND - DETROIT & VICINITY; OUTSTATE MICHIGAN
TROWEL TRADES HEALTH AND WELFARE FUND;
PLASTERERS LOCAL 67 PENSION TRUST FUND;
and GREATER DETROIT CEMENT MASONS' JOINT
APPRENTICESHIP COMMITTEE; trust funds
established and administered pursuant to federal law,

    Plaintiffs,                                            Case No.08-13084
                                                             HON. PATRICK J. DUGGAN

v.

HOLLY CEMENT COMPANY

    Defendant,
_____

## **CONSENT JUDGMENT**

Plaintiffs and Defendant having consented to the entry of this Order; and the Court being fully advised;

IT IS HEREBY ORDERED that

    1.    Judgment is entered in favor of Plaintiffs and against Defendant Holly Cement Company, Inc. in the amount of $16,492.40,[1] and Plaintiffs shall have full rights of execution thereon.

    2.    Post-judgment interest will accrue on the amount set forth in paragraph 1, above,

---

[1] The $16,492.40 consists of $2,414.95 for fringe benefit contributions and liquidated damages owed for work performed for the period from July 2002 through March 2006 and $14,077.45 in fringe benefit contributions for work performed for the period from October 1, 2007 through November 30, 2007.

as provided for in 28 USC §1961, from the date of entry of this Judgment, and Plaintiffs shall have full rights of execution thereon;

      3.     Defendant shall specifically perform according to all of the fringe benefit provisions of the collective bargaining agreements which it entered into with the Cement Masons Union;

      4.     Defendant shall submit to plaintiffs (for inspection and audit) any and all books and records needed by plaintiffs to determine the amount of defendant's indebtedness for the period requested from April, 2006 through the date of the audit;

      5.     Plaintiffs are granted leave to file a motion to amend this Judgment to incorporate any additional amounts found to be due as a result of the audit, together with interest, costs and attorneys' fees.

      S/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: August 21, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2008, by electronic and/or ordinary mail.

      S/Marilyn Orem
      Case Manager