UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of
CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY; et al.,

    Plaintiffs,

Case No. 08-13084
HON. PATRICK J. DUGGAN

v.

HOLLY CEMENT COMPANY,

    Defendant.
_____/

## AMENDED JUDGMENT

    At a session of said Court, held in the Theodore Levin United States Courthouse, Detroit, Michigan, on February 22, 2010.

    PRESENT: HON. PATRICK J. DUGGAN
                    UNITED STATES DISTRICT JUDGE

    This matter having come before the Court on Plaintiffs' Motion for Amended Judgment, Brief in Support of Plaintiffs' Motion for Amended Judgment and the supporting affidavits and the Court being fully advised in the premises,

    Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

    1.    Judgment is entered in favor of Plaintiffs and against Defendant HOLLY CEMENT COMPANY in the amount of $5,851.08, and Plaintiffs shall have full rights of execution thereon.

    2.    Post-judgment interest will accrue on the amount set forth in paragraph 1, above, at the rate set forth in 28 USC 1961, per annum, from the date of entry of this Amended Judgment, and Plaintiffs shall have execution therefor.

1

3. This Amended Judgment supersedes the Consent Judgment previously entered by the Court.

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Amended Judgment.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge

Dated: February 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 22, 2010, by electronic and/or ordinary mail.

> s/Marilyn Orem
> Case Manager